JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICE OF JACQUELYNE M. NGUYEN
1670 SANTA ANA AVE., SUITE K
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax:(949) 722-8416
Email: jackie@jacquelynenguyenlaw.com

JS-6

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br>     vs.<br><br>Cynthia E. Claps, aka Cynthia E. Erickson, aka Cynthia Erickson Claps,<br><br>              Defendant | No. CV 13-01115 DDP (AGRx)<br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Cynthia E. Claps, aka Cynthia E. Erickson, aka Cynthia Erickson Claps, in the principal amount of $2,634.25 plus interest accrued to February 7, 2013, in the sum of $5,709.69; with interest accruing thereafter at 8% annually until entry of judgment, administration costs in the amount of $0.00, for a total amount of $**8,343.94**.

DATED: May 29, 2013

                                    Honorable Dean D. Pregerson,
                                    United States District Judge